03cv4248

:To Whom it may concern:

Sir, this letter is to inform you of my change of address. A was transfered from F.D.C. Philadelphia to F.C.I. Raybrook N.Y.

A have yet to recieved my property in which my legal work, including my case number are.

Please also accept this letter as a letter of inquiry for an update of the progress of my case.

Thank You.

Sincerely

Robert C. Scadding

FILED

SEP 2 2003

MICHAEL BROWN, Clerk
Dep. Clerk

By

Robert C. Scadding
# 10259-158
FEDERAL CORRECTIONAL INSTITUTION RAY BROOK
P.O. Box 9007
RAY BROOK, N.Y. 12977