AB

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FILED
OCT 8 2003
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

ROBERT C. SCADDING : CIVIL ACTION
v. :
MICHAEL J. GAINES, et al. : NO. 03-4248

③

## ORDER

AND NOW, this ____ day of October, 2003, it appearing that petitioner has filed a petition in this court for Habeas Corpus relief, in which he challenges the revocation of his federal term of parole by the United States, and

it further appearing that this type of petition is properly brought pursuant to 28 U.S.C. §2241, and

it further appearing that petitioner has requested leave to proceed in forma pauperis but has not furnished complete form, including the requisite certification of prison assets signed by a prison official, it is hereby

ORDERED that the Clerk of Court is to reclassify this civil action for all statistical purposes as one brought pursuant to 28 U.S.C. §2241, and, it is further

ORDERED that the Clerk of Court furnish petitioner with this court's current in forma pauperis application forms, and, it is further

ORDERED that petitioner shall forward to the Clerk of Court either: a completed in forma pauperis application; or, a check for five dollars, within thirty (30) days, or else this civil action will be dismissed.

_____
ANITA B. BRODY, J.

Copies mailed on 10-07-2003 to:    Copies faxed on _____ to:
Robert Scadding, plaintiff

10-9-03
C.__ w/ forms