



IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**FILED**
NOV 6 2003
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

ROBERT C. SCADDING

v.

MICHAEL J. GAINES, ET AL.

CIVIL ACTION NO. 03-4248

ORDER OF REPORT AND RECOMMENDATION

AND NOW, this 6th day of November, 2003, in accordance with the procedure for the random assignment of habeas corpus cases, Local Civil Rule 72.1, and 28 U.S.C. §636(b)(1)(B), it is hereby

ORDERED that the above-captioned case is referred to the Honorable M. FAITH ANGELL, United States Magistrate Judge, for a report and recommendation.

BY THE COURT:

_____
ANITA B. BRODY, J.

civrr

XC: HON. M. FAITH ANGELL
Copies mailed on 11-07-2003 to:   Copies faxed on _____ to:
Robert Scadding, plaintiff