IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ROBERT C. SCADDING          :          CIVIL ACTION

        v.          :

MICHAEL J. GAINES, et al.          :          NO. 03-4248

FILED
NOV 18 2003
By _____, Clerk
MICHAEL E. KUNZ, Clerk
Dep. Clerk

### O R D E R

The above-captioned habeas matter has been referred to me, by the Honorable Anita B.

Brody, for Report and Recommendation. *See* Docket Entry No. 5.

I have reviewed Mr. Scadding's initial pleading, a self-styled "Petition for Writ of Habeas

Corpus." *See* Docket Entry No. 1. It appears from this document, that Mr. Scadding is seeking

release from incarceration, and is challenging a decision of the United States Parole Commission.

However, nowhere in the pleading does Petitioner identify what his original sentence was, where or

when he was convicted. Nor does he specify, by date or any other identifying information, the

particular action by the U.S. Parole Commission at issue. Without this information, it is impossible to

access his federal records.

AND NOW, this 17th day of November, 2003, it is hereby **ORDERED** that, **by December**

**17, 2003**, **Petitioner must file a letter in support of his habeas petition**, providing additional,

necessary information. The letter in support must give the place and date of his federal conviction, as

well as a court term and number. In addition, Petitioner must state the particular decision of the U.S.

Parole Commission which he is challenging, and provide a number and date of the decision. A copy

of any relevant documents should be attached.

Any failure by Mr. Scadding to comply with this Order may be considered an abandonment of

this action.

BY THE COURT:

M. FAITH ANGELL
UNITED STATES MAGISTRATE JUDGE

Date:          By Fax:          Date: 11.17.03 By Mail:
R. Scadding

## ORDER FAX FORM

If you want your Order faxed,
please provide names and fax numbers below.
Thank you.

**CASE NO. 03-4248**
**TODAY'S DATE**: November 17, 2003

**DISTRICT COURT JUDGE:** AB
**LAW CLERK'S INITIALS**: JJK

**NAME**

1.    Robert C. Scadding        By mail:

**FAX NUMBER** (Area Code & Number)

Robert C. Scadding
#10259-158
Federal Correctional Institution Ray Brook
P.O. Box 9007
Ray Brook, NY 12977