

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA



Robert Scadding                                    : CIVIL ACTION
                                                   :
v.                                                 :
                                                   :
Michael J. Gaines, et al.                          : NO. 03-4248

**FILED** APR 2 2 2004
MICHAEL E. KUNZ, Clerk
By: _____ Dep. Clerk

### ORDER

AND NOW, this 21st day of April 2004, in consideration of Plaintiff's payment of the filing fee on October 23, 2003, his Motion to Proceed In Forma Pauperis (Docket Entry #4) is **DENIED** as **MOOT**.

_____
ANITA B. BRODY, J

Copies faxed on _____ to:           Copies mailed on 4-23-04 to: