IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

February 2, 2004

TO:   Marie, Courtroom Deputy to Judge Brody

IN RE:   Scadding v. Gaines, etal
CA No.03-4248

NOTICE

Magistrate Judge Angell has filed a Report and Recommendation on 1/8/04. Copies were sent to all parties of record on 1/9/04.

[ ]   Objections or exceptions to the Report and   Recommendation were filed on   and are attached   hereto.

[x]   No objections to the Report and Recommendation have been filed as of this date.

Michael E. Kunz
Clerk of Court

By: _____
LINDA V. JERRY, Deputy Clerk

cc: Magistrate Judge Angell
civ624.frm
(8/95)