Hon. M. Faith Angell                                    Mon. Dec. 1 2003

RECEIVED DEC 0 5 2003

Upon your ORDER I Enclose the following.

THE DATE OF MY PAROLE REVOCATION HEARING WHICH I'M CHALLENGING.

THE HEARING OFFICER STATED that BECAUSE of the D.W.I. CONVICTION (Six years earlier) that he was forfieting All My Street Time Built up from March 17, 1986 thru Sept 21, 1992.

THE DATE of the HEARING WAS JAN 14, 1993

Also INCLOSED is my Sentence Computation sheet with NUMBERS AND DATES WHICH will Hopefully Assist you IN this Matter.

THANK You FoR your Time AND PATIENCE.

Respectfully

Robert C Scadding
Reg. # 10259-158

Robert C. Scadding

```
RBKA1    540*23  *           SENTENCE MONITORING           *    10-21-2003
PAGE 001         *           COMPUTATION DATA              *    13:51:39
                             AS OF 10-21-2003

REGNO..: 10259-158  NAME: SCADDING, ROBERT CHARLES


FBI NO...........: 253683M7          DATE OF BIRTH: 10-01-1957
ARS1.............: RBK/A-DES
UNIT.............: NIA               QUARTERS.....: N04-127U
DETAINERS........: NO                NOTIFICATIONS: NO

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  04-08-2004 VIA PAROLE

-----------------------CURRENT JUDGMENT/WARRANT NO: 080 ------------------------

COURT OF JURISDICTION............: MASSACHUSETTS
DOCKET NUMBER....................: 77-00320
JUDGE............................: MAZZONE
DATE SENTENCED/PROBATION IMPOSED: 04-05-1978
DATE WARRANT ISSUED..............: 11-14-2002
DATE WARRANT EXECUTED............: 01-09-2003
DATE COMMITTED...................: 08-21-2003
HOW COMMITTED....................: RETURN OF PAROLE VIOLATOR
PROBATION IMPOSED................: NO
SPECIAL PAROLE TERM..............:

RESTITUTION...: PROPERTY: NO   SERVICES: NO      AMOUNT: $00.00

-------------------------CURRENT OBLIGATION NO: 010 --------------------------
OFFENSE CODE....:   554
OFF/CHG: T18:2113(D) ASSUALT DURING BANK ROBBERY; 5TH RETURN OF PAROLE
         VIOLATOR.

 SENTENCE PROCEDURE..............: 4205(A) REG ADULT-ORIG TERM GRTR THAN 1YR
 SENTENCE IMPOSED/TIME TO SERVE.:    20 YEARS
 NEW SENTENCE IMPOSED............:   956 DAYS
 BASIS FOR CHANGE................: PAROLE VIOLATOR WARRANT EXEC
 DATE OF OFFENSE.................: N/A




G0002       MORE PAGES TO FOLLOW . . .
```

* OFFICIAL COMPUTATION *
ISM STAFF: _____
(Inmate Copy)

```
   RBKA1   540*23   *        SENTENCE MONITORING          *   10-21-2003
PAGE 002 OF 002   *           COMPUTATION DATA            *   13:51:39
                              AS OF 10-21-2003

    REGNO..: 10259-158 NAME: SCADDING, ROBERT CHARLES

------------------------CURRENT COMPUTATION NO: 070 ------------------------

COMPUTATION 070 WAS LAST UPDATED ON 10-18-2003 AT RBK AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 070:  080 010

    DATE COMPUTATION BEGAN..........: 01-09-2003
    TOTAL TERM IN EFFECT............:    956 DAYS
    TOTAL TERM IN EFFECT CONVERTED..:      2 YEARS       7 MONTHS      13 DAYS

    TOTAL JAIL CREDIT TIME..........: 0
    TOTAL INOPERATIVE TIME..........: 0
    STATUTORY GOOD TIME RATE........: 10
    TOTAL SGT POSSIBLE..............: 314
    PAROLE ELIGIBILITY..............: COMMISSION'S DISCRETION
    STATUTORY RELEASE DATE..........: 10-11-2004
    TWO THIRDS DATE.................: N/A
    180 DAY DATE....................: 02-22-2005
    EXPIRATION FULL TERM DATE.......: 08-21-2005

    PAROLE EFFECTIVE................: 04-08-2004
    PAROLE EFF VERIFICATION DATE....: 07-26-2003
    NEXT PAROLE HEARING DATE........: UNKNOWN
    TYPE OF HEARING.................: UNKNOWN

    PROJECTED SATISFACTION DATE.....: 04-08-2004
    PROJECTED SATISFACTION METHOD...: PAROLE

    REMARKS.......: NOA DATED 7/26/03: REVOKE PAROLE. NO CREDIT SHALL BE GIVEN
                    FOR THE PERIOD BEGINNING 11/4/02 THRU 01/08/03 (NOTE - PARTIAL
                    STREET CREDIT OF 247 DAYS FOR PAROLE PERIOD 3/2/02 - 11/3/02).
                    PAROLE EFFECTIVE AFTER SERVICE OF 15 MONTHS (04-08-2004).
                    *** 6 MONTH/10% DATE: 02-24-2004




G0000        TRANSACTION SUCCESSFULLY COMPLETED
```

* OFFICIAL COMPUTATION *
ISM STAFF: _____
(Inmate Copy)

```
RBKA1  542*22  *           SENTENCE MONITORING          *   10-21-2003
PAGE 001 OF 001 *            GOOD TIME DATA             *   13:51:52
                          AS OF  10-21-2003

REGNO...: 10259-158    NAME: SCADDING, ROBERT CHARLES
ARS 1...: RBK A-DES
COMPUTATION NUMBER..: 070              FUNC..: PRT   ACT DT:
LAST UPDATED: DATE.: 10-18-2003        FACL..: RBK   CALC: AUTOMATIC
UNIT................: NIA              QUARTERS............: N04-127U
DATE COMP BEGINS....: 01-09-2003       COMP STATUS.........: COMPLETE
TOTAL JAIL CREDIT...: 0                TOTAL INOP TIME.....: 0
STATUTORY REL DT....: 10-11-2004 MON   EXPIRES FULL TERM DT: 08-21-2005
CURRENT REL DT......: 10-11-2004 MON
PAROLE EFFECTIVE DT.: 04-08-2004 THU   PAROLE EFFECT VER DT: 07-26-2003
PROJ SATISFACT DT...: 04-08-2004 THU   PROJ SATISF METHOD..: PAROLE
ACTUAL SATISFACT DT.:                  ACTUAL SATISF METHOD:
FINAL STAT GOOD TIME:                  FINAL EXTR GOOD TIME:
DAYS REMAINING......:                  FINAL PUBLC LAW DAYS:
---------------------EXTRA GOOD TIME EARNINGS--------------------------
    INST      TYPE       DATE IN        DATE OUT      PRI/SEN IND
                           NONE

    EGT EARNED.....................................:       0 DAYS
BREAK OVER DATE...................................:
-----------EXTRA GOOD TIME LUMP SUM AWARDS AND ADJUSTMENTS-------------
                          NONE
                                                     ------------
    TOTAL EGT......................................:       0 DAYS
--------STATUTORY GOOD TIME FORFEITURES, WITHHOLDINGS, RESTORATIONS-------
    INFRACTION     DECISION     ACTION    AMOUNT    INFR SEVERITY   FREQ
    DATE    NO     DATE         TYPE                /RSN FOR ADJ
    NONE

    NET SGT FORFEITURES, WITHHOLDINGS, RESTORATIONS:       0 DAYS




G0005       TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

* OFFICIAL COMPUTATION *
ISM STAFF: _____
(Inmate Copy)