

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT SCADDING | : | CIVIL ACTION |
| v. | : | No. 03-4248 |
| MICHAEL J. GAINES, ET AL. | : | |

**FILED** APR 22 2004
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

**ORDER**

**AND NOW**, this 21st day of April, 2004, upon consideration of the petition and the record herein, and after review of the Report and Recommendation of M. Faith Angell, United States Magistrate Judge, it is hereby **ORDERED** that:

1. The Report and Recommendation is APPROVED AND ADOPTED.

2. The Petition for Writ of Habeas Corpus is TRANSFERRED TO THE UNITED STATES DISTRICT COURT FOR MASSACHUSETTS pursuant to 28 U.S.C. §2241 and §2255.

3. The Clerk of the Court is ordered to transfer forthwith all records of this case to the Clerk of the United States District Court for Massachusetts. There is no probable cause to issue a certificate of appealability.

BY THE COURT:

_____
ANITA B. BRODY, J.

Copies Faxed on ___ to: Copies Mailed on 4-23-04 to;