04CV10934
MLW

**WARRANT For Return Of Prisoner Released To Supervision Or To Special Parole Term**

Name: **Scadding, Robert**                                Institution:
Reg. No. 10259-158

---

## UNITED STATES MARSHAL'S RETURN TO UNITED STATES PAROLE COMMISSION

NOTE: Do not execute this warrant if the subject is being held in custody on other federal, state or local charges, unless otherwise ordered by the Commission. (See instructions on accompanying memorandum.)

_____ District of MASSACHUSETTS _____ ss:

Received this writ the _____ day of _____, 20____, and executed same by arresting the within-named ROBERT SCADDING this 14TH day of SEPTEMBER, 2004, at 0530 and committing him to _____

_____
U.S. Marshal

_Paul J S_____
Deputy Marshal

Further executed same by committing him to FCI RBK at _____ on 12·21·04 _____, 20____, the institution designated by the Attorney General, with the copy of the warrant and warrant application.

_DB Drew Warden_
U.S. Marshal

_Beaudin Lie_
Deputy Marshal

---

NOTE: The original of this warrant is to be returned to the U.S. Parole Commission, 5550 Friendship Boulevard, Chevy Chase, Maryland 20815.

**ACKNOWLEDGEMENT OF SERVICE:**

I have received a copy of the warrant application dated _____

_Robert Scadding_                                9-14-04
Prisoner's Signature                              Date

*(If prisoner refuses to sign, Marshal should so indicate.)*

---

Scadding, Robert
Reg. No. 10259-158

# WARRANT

**U.S. Department of Justice**
**United States Parole Commission**

To Any Federal Officer Authorized to Serve Criminal Process Within the United States:

WHEREAS, Scadding, Robert, Reg. No. 10259-158, was sentenced by the United States District Court to serve a sentence of 20 yrs aggregate(orig)956 days(5th pv) for the crime of Assault During Bank Robbery and was on 4/8/04 released on parole from Coolidge House, Boston, Ma. with 500 days remaining to be served;

AND, WHEREAS, reliable information has been presented to the undersigned Member of this Commission that said released prisoner named in this warrant has violated one or more conditions of his release;

NOW, THEREFORE, this is to command you by the authority of Section 4213, Title 18, U.S.C., to execute this warrant by taking the above-named, wherever found in the United States, and hold him in your custody either until he is released by order of the Parole Commission, or until you are authorized to transport him for further custody.

WITNESS my hand and the seal on May 13, 2004

_____
U.S. Parole Commissioner

Scadding, Robert
Reg. No. 10259-158