```
                   UNITED STATES DISTRICT COURT
                    DISTRICT OF MASSACHUSETTS

ROBERT SCADDING,                  )
     Petitioner,                  )
                                  )
        v.                        )  C.A. No. 04-10934-MLW
                                  )
                                  )
MIACHAEL J. GAINES, et al.,       )
     Respondents.                 )
```

                         MEMORANDUM AND ORDER

WOLF, D.J.

   Petitioner Robert Scadding seeks relief pursuant to 28 U.S.C. §2255. The petitioner has not filed an opposition to the respondents' motion to dismiss and no further response would be timely. The relevant Local Rule states that, "[a] party opposing a motion[] shall file a memorandum of reasons, including citation of supporting authorities, why the motion should not be granted." D.Mass.R. 7.1(b)(2). "Failure to comply with any of the directions or obligations set forth in...these Local Rules may result in dismissal, default, or the imposition of other sanctions as deemed appropriate by the judicial officer." D.Mass.R. 1.3. Accordingly, and because the motion appears meritorious, the petition is DISMISSED.


                                      /s/ Mark L. Wolf
                                      UNITED STATES DISTRICT JUDGE