UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>ROBERT SCADDING</u>
        Plaintiff

    V.

<u>MICHAEL GAINES et al</u>
        Defendant

CIVIL ACTION
NO. <u>04-10934-MLW</u>

## <u>JUDGMENT</u>

<u>WOLF, D. J.</u>

In accordance with the Court's Memorandum and Order dated <u>APRIL 25, 2007</u>, in the above-referenced action, dismissing this action, it is hereby ORDERED:

Judgment of dismissal for the <u>defendants.</u>

By the Court,

<u>April 25, 2007</u>
Date

<u>/s/ Dennis O'Leary</u>
Deputy Clerk

(judge-dis.wpd - 12/98)                                                                                          [jgm.]